Virgil Proctor WATSON, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

June 5, 1959.

O. Lander Bright, Flemingsburg, for appellant.

Jo M. Ferguson, Atty. Gen., William F. Simpson, Asst. Atty. Gen., for appellee.

PER CURIAM.

Virgil Proctor Watson was convicted on a charge of possessing intoxicating liquor for the purpose of sale in local option territory.

He made a motion for appeal in this Court. Upon examination of the record we find no prejudicial error. The motion for appeal is therefore denied and the judgment is affirmed.